WORTH SAVINGS BANK v. GEORGE FOSTER.[1]

August 3, 1928.

No. 26,799.

**Payee's indorsement of notes without recourse does not indicate bad faith.** [Reporter]

Bills and Notes, 8 C. J. p. 517 n: 31.

Action in the district court for Brown county to recover upon two $200 promissory notes made by the defendant to one James T. Phillips and by him sold to the plaintiff. The court directed a verdict for the plaintiff, and defendant appealed from an order, Gislason, J. denying his motion for a new trial. Affirmed.

*Albert Hauser,* for appellant.

*Mueller & Erickson,* for respondent.

PER CURIAM.

Appeal by defendant from an order denying his motion for a new trial.

[1]Reported in 221 N. W. 12.

All questions raised by this appeal are disposed of by the opinion in the case of Olsen v. Hoffmann, 175 Minn. 287, 221 N. W. 10. The fact that the notes were indorsed by the payee "without recourse," does not indicate bad faith. Collins v. McDowell, 65 Minn. 110, 67 N. W. 845; Park v. Hudson, 154 Minn. 471, 479, 192 N. W. 112.

Order affirmed.